# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Kristin Pett, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 18-cv-66 JRT/BRT |
| Costco Wholesale Corporation, | |
| Defendant. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

this action is **DISMISSED WITH PREJUDICE** without costs, disbursements, and fees to any party.

Date: 2/7/2020

KATE M. FOGARTY, CLERK

s/Cara Kreuziger
(By)   Cara Kreuziger, Deputy Clerk